IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVISON DESIGN & DEVELOPMENT, INC., | ) ) ) |
| Plaintiff, | ) ) No. |
| v. | ) ) |
| MARIO SCORZA, | ) ) |
| Defendant. | ) |

**Exhibit 2**

**February 2, 2023 Scheduling Order #11**



**Case Number: 01-21-0004-6369**

**Mario Scorza**
**-vs-**
**Davison Design & Development, Inc.**


**<u>Scheduling Order #11</u>**


As discussed at the final day of the evidentiary hearing, Claimant's attorneys fees petition

and rebuttal evidence shall be filed on or before February 15, 2023.  The parties shall file post-

hearing briefs on or before March 3, 2023.  Post-hearing briefs may not exceed 30 pages in

length.


Dated:  <u>February 2, 2023</u>          Arbitrator Signature: _____

                                             Scott D. Livingston