IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVISON DESIGN & DEVELOPMENT, INC., | ) ) ) |
| Plaintiff, | ) ) No. |
| v. | ) ) |
| MARIO SCORZA, | ) ) |
| Defendant. | ) |

**Exhibit 6**

**March 6, 2023 Scheduling Order #12**



Case Number: 01-21-0004-6369

Mario Scorza
-vs-
Davison Design & Development, Inc.

## Scheduling Order #12

The Arbitrator received the parties' post-hearing briefs on Friday, March 3, 2023 and, accordingly, the hearing is now closed for evidentiary purposes. The Arbitrator shall issue an award on or before April 3, 2023.

Dated: March 6, 2023            Arbitrator Signature: _____
                                                      Scott D. Livingston

{A1777355.1}