IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVISON DESIGN & DEVELOPMENT, INC., | ) ) ) |
| Plaintiff, | ) ) No. 2:23-cv-00644-MJH |
| v. | ) ) |
| MARIO SCORZA, | ) ) |
| Defendant. | ) ) |

# DISCLOSURE STATEMENT

Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff, Davison Design & Development, Inc., in the above captioned action, certifies that there are no parents, subsidiaries, and/or affiliates of said party that have issued shares or debt securities to the public.

Pursuant to Fed.R.Civ.P. 7.1(a)(2), Plaintiff Davison Design & Development, Inc. is a corporation duly incorporated in, and has its headquarters in, Pennsylvania, and there are no individuals or entities whose citizenship is attributed to Plaintiff.

Respectfully submitted,

BARRON LAW OFFICE LLC

Date: April 20, 2023    By:    */s/ Justin T. Barron*
Justin T. Barron (PA I.D. No. 200394)
P.O. Box 493
Valencia, PA 16059
(412) 334-6312
jbarron@justinbarronlaw.com