IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DAVISON DESIGN       )
DEVELOPMENT, INC.,     )
             )
     Plaintiff,    )  No. 2:23-cv-00644-MJH
             )
   v.         )  Honorable Marilyn J. Horan
             )
MARIO SCORZA,      )
             )
     Defendant.  )

## **ORDER**

AND NOW, this 21st day of ____April_____, 2023, upon consideration of

Plaintiff's Motion to Order Service by U.S. Marshals Service, it is hereby

ORDERED that the Motion is GRANTED. Pursuant to 9 U.S.C. § 12, the United

States Marshals Service shall serve Plaintiff's Motion to Vacate or Modify

Arbitration Award (ECF No. 1) and all attachments thereto on Defendant Mario

Scorza in any district where the Defendant may be found.

Plaintiff shall complete Form USM-285 and take all necessary steps,

including prepayment of the estimated fees and expenses of service, to facilitate

service on Defendant by the United States Marshals Service, including delivering a

copy of this Order to the United States Marshal for the Western District of

Pennsylvania.

Plaintiff shall file a proof of service on the docket in this matter once service has been made.

BY THE COURT:

Marilyn J. Horan J.
Marilyn J. Horan
United States District Judge