IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| DAVISON DESIGN & DEVELOPMENT, INC., | ) ) ) | |
| Plaintiff, | ) ) | No. 2:23-cv-00644-MJH |
| v. | ) ) | Honorable Marilyn J. Horan |
| MARIO SCORZA, | ) ) | |
| Defendant. | ) | |

**PROOF OF SERVICE OF NOTICE OF MOTION
TO VACATE OR MODIFY ARBITRATION AWARD**

Pursuant to 9 U.S.C. § 12, and Fed. R. Civ. P. 4.1(a) and 4(*l*)(1), notice of

Plaintiff's Motion to Vacate or Modify Arbitration Award was served by the U.S.

Marshals Service upon Defendant Mario Scorza on June 8, 2023, as per the

attached USM-285 Form, which service date is within three months of the subject

March 27, 2023 Award of Arbitrator.

Respectfully submitted,

BARRON LAW OFFICE LLC

Date: June 13, 2023          By:      */s/ Justin T. Barron*
                                      Justin T. Barron (PA I.D. No. 200394)
                                      P.O. Box 493
                                      Valencia, PA 16059
                                      (412) 334-6312
                                      jbarron@justinbarronlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served this 13th day of June, 2023 via U.S. regular mail, postage prepaid, upon the following:

Mario Scorza
2209 W. Bayshore Dr.
Palacios, TX 77465

Respectfully submitted,

BARRON LAW OFFICE LLC

Date: June 13, 2023      By:   */s/ Justin T. Barron*
Justin T. Barron (PA I.D. No. 200394)
P.O. Box 493
Valencia, PA 16059
(412) 334-6312
jbarron@justinbarronlaw.com