**U.S. Department of Justice**
**United States Marshals Service**

## PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| **PLAINTIFF** Davison Design & Development, Inc. | **COURT CASE NUMBER** 2:23-cv-00644-MJH |
| **DEFENDANT** Mario Scorza | **TYPE OF PROCESS** Personal service |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Mario Scorza
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2209 West Bayshore Dr., Palacios, TX 77465

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Justin T. Barron
Barron Law Office
P.O. Box 493
Valencia, PA 16059

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on USA: ☐

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 412-334-6312
DATE: 6/5/2023

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated.
Total Process: 1
District of Origin: No. LOX
District to Serve: No. 19
Signature of Authorized USMS Deputy or Clerk: Danielle Pindel
Date: 6/6/2023

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Mario Scorza

Address (complete only different than shown above):
2209 W. Bayshore Dr.
Palacios, TX 77465
TXDL # 04460328    254-715-0243

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Date: June 8, 23
Time: 1:38 ☒ pm

Signature of U.S. Marshal or Deputy: Dison Porche

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| $65.00 | 208 miles | $8 | | | $281.00  $0.00 |

REMARKS: Flod to S/Tx for Svc.
4 hrs · 208 miles

PRINT 5 COPIES:
1 CLERK OF THE COURT
2 USMS RECORD
3 NOTICE OF SERVICE
4 BILLING STATEMENT* To be returned to the U.S. Marshal with payment if any amount is owed. Please remit promptly payable to U.S. Marshal
5 ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00