IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVISON DESIGN & DEVELOPMENT, INC. | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CA No. 2:23-cv-644 |
| MARIO SCORZA | ) ) | Judge Horan |
| Defendant | ) | |

**DEFENDANT'S RULE 7.1 (a)(2) DISCLOSURE STATEMENT**

Defendant is and was an individual and citizen of the State of Texas as of the date the Complaint was filed.

Respectfully submitted,

/s/ *John J. Myers*
John J. Myers Pa. ID No. 23596
JMyers@eckertseamans.com
Eckert Seamans Cherin & Mellott, LLC
600 Grant Street, 44th Floor
Pittsburgh, Pennsylvania 15219
Phone: 412-566-5900
***Attorneys for Defendant***

Stacey L. Barnes
sbarnes@kmd.law
William Yarbrough
wyarbrough@kmd.law
Vikesh Patel
vpatel@kmd.law
KEARNEY, MCWILLIAMS & DAVIS, PLLC
55 Waugh, Suite 150
Houston, Texas 77007
Phone: (713) 936-9620
***Attorneys for Defendant***
***Pro hac vice pending***