IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVISON DESIGN & DEVLOPMENT, INC., *Plaintiff*, | § § § § § § § § | Civil Action No.: 2:23-cv-00644-MJH |
| v. | | |
| MARIO SCORZA, *Defendant*. | | |

## MOTION FOR ADMISSION *PRO HAC VICE* VIKESH N. PATEL

Vikesh N. Patel, undersigned counsel for Defendant Mario Scorza hereby moves that Vikesh N. Patel be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Defendant Mario Scorza in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Vikesh N. Patel filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: June 29, 2023

Respectfully submitted,

KEARNEY, MCWILLIAMS & DAVIS, PLLC

/s/ Vikesh Patel
_____
Vikesh N. Patel
TX Bar No.: 24124350
55 Waugh Drive, Suite 150
Houston, Texas 77007
vpatel@kmd.law
(713) 936-9620 x108
(713) 916-2751 *fax*
***Counsel for Defendant Mario Scorza***