IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVISON DESIGN & DEVLOPMENT, INC., *Plaintiff,* | § § § § § § § § | Civil Action No.: 2:23-cv-00644-MJH *Honorable Marilyn J. Horan* |
| v. | | |
| MARIO SCORZA, *Defendant.* | | |

## AFFIDAVIT OF VIKESH N. PATEL IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Vikesh N. Patel, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Defendant Mario Scorza in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

I, Vikesh N. Patel, being duly sworn, do hereby depose and say as follows:

1. I am an Attorney of the law firm Kearney, McWilliams & Davis, PLLC.

2. My business address is 55 Waugh Drive, Suite 150, Houston, Texas 77007.

3. I am a member in good standing of the State Bar of Texas.

4. My bar identification number is 24124350.

5. A current certificate of good standing from the State Bar of Texas is attached to this Affidavit as **Exhibit 1**.

6. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

7. I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania

8. Based upon the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: June 29, 2023

Respectfully submitted,

KEARNEY, MCWILLIAMS & DAVIS, PLLC

Vikesh N. Patel
TX Bar No.: 24124350
55 Waugh Drive, Suite 150
Houston, Texas 77007
vpatel@kmd.law
(713) 936-9620 x108
(281) 907-8693 *fax*
**Counsel for Defendant Mario Scorza**

Sworn to and subscribed before me on the 29th day of June, 2023 by Vikesh N. Patel.

Notary Public for the State of Texas



SHANNON VICTORIA FRIZZELL
NOTARY PUBLIC
ID# 129355446
State of Texas
Comm. Exp. 12-08-2026

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

June 04, 2023

Re: Vikesh Navnit Patel, State Bar Number 24124350

To Whom It May Concern:

This is to certify that Vikesh Navnit Patel was licensed to practice law in Texas on April 13, 2023, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

Our records reflect there are no pending grievances at this time.

No previous disciplinary sanctions have been entered against the attorney's law license.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web



Exhibit 1