# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVISON DESIGN & DEVELOPMENT, INC. ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | CA No. 2:23-cv-644 |
| ) | |
| MARIO SCORZA ) | |
| ) | |
| **Defendant** ) | |

## ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF STACEY L. BARNES

Based upon the Motion for Admission to Practice *Pro Hac Vice* of Stacey L. Barnes **(Docket #12)** in this action, on behalf of Defendant Mario Scorza, in the above-captioned matter, pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151):

IT IS HEREBY ORDERED that the Motion is granted and Stacey L. Barnes is granted limited admission to appear and participate in this case; and

IT IS FURTHER ORDERED that John J. Myers, a member of the Bar of this Court who maintains an office in this District and who has consented to this designation, is designated as co-counsel within whom the Court and opposing counsel may readily communicate regarding the conduct of this case.

SIGNED the 30th day of June, 2023.

_____
**HONORABLE JUDGE PRESIDING**

**APPROVED AS TO FORM AND ENTRY REQUESTED BY:**

/s/ *Stacey L. Barnes*
Stacey L. Barnes
sbarnes@kmd.law
William Yarbrough
wyarbrough@kmd.law
Vikesh Patel
vpatel@kmd.law
KEARNEY, MCWILLIAMS & DAVIS, PLLC
55 Waugh, Suite 150
Houston, Texas 77007
Phone: (713) 936-9620
Fax: (713) 936-9321
*Attorneys for Defendant*
*Pro hac vice pending*


John J. Myers
JMyers@eckertseamans.com
Eckert Seamans Cherin & Mellott, LLC
600 Grant Street, 44th Floor
Pittsburgh, Pennsylvania 15219
Phone: 412-566-5900
Fax: 412-566-6099
*Attorneys for Defendant*