IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| DAVISON DESIGN & DEVELOPMENT, INC. | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CA No. 2:23-cv-644 |
| MARIO SCORZA | ) | |
| Defendant | ) | |

## ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF WILLIAM "TREY" C. YARBROUGH

Based upon the Motion for Admission to Practice *Pro Hac Vice* of William "Trey" C. Yarbrough **(Docket #17)** in this action, on behalf of Defendant Mario Scorza, in the above-captioned matter, pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151):

IT IS HEREBY ORDERED that the Motion is granted and William "Trey" C. Yarbrough is granted limited admission to appear and participate in this case; and

IT IS FURTHER ORDERED that John J. Myers, a member of the Bar of this Court who maintains an office in this District and who has consented to this designation, is designated as co-counsel within whom the Court and opposing counsel may readily communicate regarding the conduct of this case.

SIGNED the 6th day of July, 2023.

_____
**HONORABLE JUDGE PRESIDING**