IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVISON DESIGN & DEVELOPMENT, INC., | ) )  ) |
| Plaintiff, | ) No. 2:23-cv-00644-MJH ) |
| v. | ) Honorable Marilyn J. Horan ) |
| MARIO SCORZA, | ) ) |
| Defendant. | ) |

## ORDER

AND NOW, this 14th day of July, 2023, upon consideration of Plaintiff's Motion to Stay Discovery and Pretrial Deadlines and to Set a Briefing Schedule, it is hereby ORDERED that the Motion is GRANTED.

The deadlines set forth in the Court's Order Setting Initial Case Management Conference (ECF No. 10) are STAYED pending the Court's resolution of Plaintiff's Motion to Vacate or Modify Arbitration Award (ECF No. 1) (the "Motion to Vacate").

The Court establishes the following briefing schedule for the parties to address the Motion to Vacate:

1. Defendant shall submit a brief in opposition to the Motion to Vacate, not to exceed 20 pages (excluding tables and exhibits), no later than August 23, 2023;

2. Plaintiff shall submit a reply brief in support of the Motion to Vacate, not to exceed 15 pages (excluding tables and exhibits), no later than September 6; and

3. No further briefs shall be filed.

BY THE COURT:

_____ J.
Marilyn J. Horan
United States District Judge