# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVISON DESIGN &** | ) | |
| **DEVELOPMENT, INC. ,** | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | **CA No. 2:23-cv-644** |
| | ) | |
| **MARIO SCORZA ,** | ) | |
| *Defendant.* | ) | **Judge Marilyn J. Horan** |

# Defendant's Exhibit 1

# AMERICAN ARBITRATION ASSOCIATION
## Commercial Arbitration Tribunal

In the Matter of the Arbitration between

Case Number: 01-21-0004-6369

Mario Scorza ("Claimant")
-vs-
Davison Design & Development, Inc. ("Respondent")

## AWARD OF ARBITRATOR

I, THE UNDERSIGNED ARBITRATOR, having been designated in accordance with the arbitration agreement entered into between the above-named parties and dated March 23, 2017, and having been duly sworn, and having duly heard the proofs and allegations of the Parties, with Claimant represented by Stacey Barnes of Kearney, McWilliams & Davis, PLLC, and Respondent represented by Justin Barron of Barron Law Office LLC, hereby AWARD as follows:

> For Claimant, Mario Scorza, and against Respondent, Davison Design & Development, Inc., in the principal amount of $20,042.25 with $6,012.60 in interest plus an award of reasonable attorney fees and costs pursuant to the American Inventors Protection Act and the Texas Invention Development Services Act in the amount of $199,024.05 for a total award of $225,078.90.

In addition to the above award, the administrative fees of the American Arbitration Association totaling $18,425.00 shall be borne exclusively by Respondent, and the compensation of the Arbitrator totaling $30,528.00 shall be borne exclusively by Respondent. Therefore, Respondent shall reimburse to Claimant the sum of $32,564.00, representing that portion of said fees in excess of the apportioned costs previously incurred by Claimant.

The above sums are to be paid on or before 20 days from the date of this Award.

Except as indicated above, all of Claimant's other requests for relief, including his request for treble damages, are denied.

This Award is in full settlement of all claims and counterclaims submitted in this Arbitration. All claims not expressly granted herein are hereby, denied.

| 3/27/2023 | _____ |
|---|---|
| Date | Scott David Livingston, Arbitrator |

I, Scott David Livingston, do hereby affirm upon my oath as Arbitrator that I am the individual described in and who executed this instrument which is my Award.

| 3/27/2023 | _____ |
|---|---|
| Date | Scott David Livingston |

{A1780341.1}