IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVISON DESIGN & DEVELOPMENT, INC., | ) )  )  ) |
| Plaintiff, | ) No. 2:23-cv-00644-MJH )  |
| v. | ) Honorable Marilyn J. Horan )  |
| MARIO SCORZA, | )  )  |
| Defendant. ) | |

**ORDER**

AND NOW, this  30th  day of  August , 2023, upon consideration of Plaintiff's Motion to Extend Time to Respond to Motion to Confirm Arbitration Award ("Motion to Confirm"), it is hereby ORDERED that the Motion is GRANTED. Plaintiff shall file its Response to the Motion to Confirm (ECF 21) by September 6, 2023.

BY THE COURT:

Marilyn J. Horan
United States District Judge