IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | |
|---|---|
| DAVISON DESIGN & DEVELOPMENT, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MARIO SCORZA, <br><br> Defendant, | 2:23-CV-00644-MJH |

Judgment Order

For the reasons stated in this Court's November 3, 2023 Memorandum Opinion and Order and January 3, 2024 Opinion (ECF Nos. 27 and 31), the March 27, 2023 Arbitration Award is confirmed and judgment is entered as follows:

a. $225,078.90 for the primary amount of the March 27, 2023 Arbitration Award;

b. $32,564.00 for arbitration fees, as set forth in the March 27, 2023 Arbitration Award;

c. Pre- judgment interest on $257,642.90 to be calculated at the rate specified in 41 P.S. § 202, from March 27, 2023, through the date of this Order, until paid in full.

d. Post-judgment interest on $257,642.90 to be calculated at the rate specified in 28 U.S.C. § 1961 from the date of this Order until the date of payment.

e. Additional attorney fees in the amount of $17,837.83.

The Clerk will mark this case closed.

DATED this 3rd day of January 2024.

BY THE COURT:

_____
MARILYN J. HORAN
United States District Judge