IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVISON DESIGN & DEVELOPMENT, INC., | ) ) ) | |
| Plaintiff, | ) ) | No. 2:23-cv-00644-MJH |
| v. | ) ) | Honorable Marilyn J. Horan |
| MARIO SCORZA, | ) ) | |
| Defendant. | ) | |

# Exhibit 1

January 3, 2024 judgment (ECF 32)

| | |
|---|---:|
| Judgment ¶ a ($225,078.90) + ¶ b ($32,564.00): | $257,642.90 |
| | |
| Pre-judgment interest per judgment ¶ c: | |
|     Calculated @ 6% per annum (41 P.S. § 202[1]) on $257,642.90 from 3/27/2023 through 1/3/2024 (282 days) | |
|     Per year: | $15,458.57 |
|     Per day ($15,458.57 / 365): | $42.35 |
|     For 282 days: | $11,942.70 |
| | |
| Judgment + **pre-judgment interest** | |
|     ($257,642.90 + $11,942.70): | $269,585.60 |
| | |
| Scorza's federal court attorneys' fees per judgment ¶ e: | $17,837.83 |
| | |
| Total judgment **without post-judgment interest** | |
|     ($269,585.60 + $11,942.70): | $287,423.43 |
| | |
| Post-judgment interest per judgment ¶ d: | |
|     Calculated @ 4.81% (28 U.S.C. § 1961[2]) on $257,642.90 from 1/3/2024 | |
|     Per year: | $12,392.62 |
|     Per day ($12,392.62 / 365): | $33.95 |

---

[1] 41 P.S. § 202 sets the applicable interest rate at "six per cent per annum."

[2] "Such interest shall be calculated from the date of the entry of the judgment, at a rate equal to the weekly average of 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment. The Director of the Administrative Office of the United State Courts shall distribute notice of that rate and any changes in it to all Federal judges." 28 U.S.C. § 1961(a).

    "Interest shall be computed daily to the date of payment except as provided in section 2516(b) of this title [applies to "[i]nterest on a claim against the United States"] and section 1304(b) of title 31, and shall be compounded annually." *Id.* § 1961(b).

    The 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, is available here: [Federal Reserve Board - H.15 - Selected Interest Rates (Daily) - January 02, 2024](#). For the calendar week preceding the date of the judgment, the weekly average was **4.81%** (4.83% on 12/26/2023 + 4.79% on 12/27/2023 + 4.82% on 12/28/2023 + 4.79% on 12/29/2023 = 19.23% / 4).