# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVISON DESIGN & DEVELOPMENT, INC. )<br><br>    Plaintiff, )<br><br>v. )<br><br>MARIO SCORZA )<br><br>    Defendant ) | CA No. 2:23-cv-644 |

## DEFENDANT, MARIO SCORZA'S
## NOTICE OF CROSS-APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant, Mario Scorza ("Scorza") in the above styled and numbered cause of action, files this, his Notice of Appeal, and appeals to the United States Court of Appeals for the Third Circuit.

Scorza appeals the award of attorney's fees in this Court's judgment of Jan 3, 2024, and the denial of his Motion for New Trial and to Reconsider Amount of Judgment.

Respectfully submitted,

/s/ *Stacey L. Barnes*
Stacey L. Barnes
sbarnes@kmd.law
William Yarbrough
wyarbrough@kmd.law
Vikesh Patel
vpatel@kmd.law
KEARNEY, MCWILLIAMS & DAVIS, PLLC
55 Waugh, Suite 150
Houston, Texas 77007
Phone: (713) 936-9620
Fax: (713) 936-9321


John J. Myers
JMyers@eckertseamans.com
Eckert Seamans Cherin & Mellott, LLC
600 Grant Street, 44th Floor
Pittsburgh, Pennsylvania 15219
Phone: 412-566-5900
Fax: 412-566-6099

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on the 8th day of March, 2024, a true and correct copy of the foregoing instrument has been forwarded to all counsel of record and/or pro se parties, by means of the Court's electronic filing system, in accordance with the Rules of Civil Procedure.

Justin T. Barron  
Barron Law Office LLC  
P.O. Box 493  
Valencia, PA 16059  
(412) 334-6312  
jbarron@justinbarronlaw.com

                                                                                           */s/Stacey L. Barnes*  
                                                                                           Stacey L. Barnes