IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVISON DESIGN &** | § | |
| **DEVELOPMENT, INC.,** | § | |
| *Plaintiff*, | § | |
| | § | No. 2:23-cv-00644-MJH |
| v. | § | |
| | § | |
| **MARIO SCORZA,** | § | Honorable Marilyn J. Horan |
| *Defendant*. | § | |

## ORDER

AND NOW, this on this day, upon consideration of Defendant's Response in Opposition to Motion to Stay Execution of Judgment Pending Appeal, and pursuant to Rule 62(b) of the Federal Rules of Civil Procedure, it is hereby ORDERED that the Motion is DENIED. The Court hereby DENIES the cash bond in the amount of $281,000.00 Execution on the judgment entered on January 3, 2024 (ECF 32) shall not be stayed.

BY THE COURT:

_____
Honorable Marilyn J. Horan
United States District Judge