IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVISON DESIGN & DEVELOPMENT, INC., | ) ) ) |
| Plaintiff, | ) ) No. 2:23-cv-00644-MJH |
| v. | ) ) Honorable Marilyn J. Horan ) |
| MARIO SCORZA, | ) ) |
| Defendant. | ) ) |

### ORDER

AND NOW, this 14th day of March, 2024, upon consideration of Plaintiff's Motion to Stay Execution of Judgment Pending Appeal, and pursuant to Rule 62(b) of the Federal Rules of Civil Procedure, it is hereby ORDERED that the Motion is GRANTED. The Court hereby APPROVES the cash bond in the amount of $294,622.32 representing ($289,877.08 (total due under the Judgment, as of March 13, 2024) - $20,000 (payment made) + $24,785.24 (two years of interest).

Upon Plaintiff depositing the cash bond with the Clerk of Court, execution on the judgment entered on January 3, 2024 (ECF 32) shall be stayed. The stay shall thereafter remain in effect until the earlier of any further order of court or until the conclusion of the presently pending appeal.

BY THE COURT:

_____ J.
Marily J. Horan
United States District Judge