IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVISON DESIGN & DEVELOPMENT, INC., | ) )  ) |
| Plaintiff, | ) No. 2:23-cv-00644-MJH ) |
| v. | ) Honorable Marilyn J. Horan ) |
| MARIO SCORZA, | ) ) |
| Defendant. | ) ) |

# ORDER

AND NOW, this \_\_14th\_\_ day of \_\_March_____, 2024, pursuant to Rule 67 of the Federal Rules of Civil Procedure and Local Rule 67.2 of this Court, IT IS ORDERED that the Plaintiff in the above captioned matter is permitted to deposit money with the Clerk of Court.

IT IS FURTHER ORDERED that the Clerk deposit into the Registry of the Court the amount of $294,622.32, which represents the cash bond the Court has approved pursuant to Rule 62(b) of the Federal Rules of Civil Procedure. As soon as the business of the office allows, the Court will deposit the money into an interest bearing account, the Court Registry Investment System ("CRIS"), administered by the Administrative Office of the United States Courts under 28 U.S.C. § 2045, this shall be the only investment mechanism authorized.

The custodian, CRIS, is authorized and directed by this Order to deduct the investment services fee for the management of investments and the registry fee, set by the Judicial Conference, for maintaining accounting deposited with the Court.

BY THE COURT:

_____ J.
Marily J. Horan
United States District Judge